IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CHRISTIAN GARCIA-CATALAN, individually on his own behalf and other similarly situated, | |
| Plaintiff, | CIVIL No. 15-cv-2003(GAG) |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | |
| Defendant. | |

**MOTION SUBMITTING DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

COMES NOW defendant, Johnson & Johnson Consumer, Inc. (incorrectly named as Johnson & Johnson Consumer Companies, Inc.) ("JJC"), through its undersigned counsel and very respectfully submits its corporate disclosure statement.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, the undersigned counsel for JJC certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Christian García-Catalán | Plaintiff |
| Johnson & Johnson Consumer, Inc. | Defendant |
| Johnson & Johnson | Ultimate Parent |

1

102570929.1

2

Counsel for JJC further certifies that this party is a non-governmental corporate party and it is a wholly owned subsidiary whose ultimate parent is Johnson & Johnson, a publicly held corporation.

WHEREFORE, JJC, in compliance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, respectfully submits its disclosure statement.

WE HEREBY CERTIFY that, on this same date, we electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification electronically to all counsel of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of November, 2015.

**McCONNELL VALDÉS LLC**

*Attorneys for Defendant*
*Johnson & Johnson Consumer, Inc.*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5657/787.250.2622
Fax: 787.759.2798/787.620.8319
www.mcvpr.com

By: *s/ Dora M. Peñagarícano*
Dora M. Peñagarícano
USDC-PR No. 203202
dmp@mcvpr.com

Mark A. Neubauer (Admitted *Pro Hac Vice*)
**CARLTON FIELDS JORDEN BURT, LLP**
2000 Avenue of the Stars
Suite 530 North Tower
Los Angeles, California 90067-4707
T: 310.843.6300
F: 310.843.6301
mneubauer@cfjblaw.com

2