# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:15−cv−02003−GAG−BJM

| | |
|---|---|
| Garcia−Catalan et al v. Johnson &Johnson Consumer Companies, Inc. | Date Filed: 07/23/2015 |
| Assigned to: Judge Gustavo A. Gelpi | Date Terminated: 11/24/2015 |
| Referred to: US Magistrate Judge Bruce J. McGiverin | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1330 Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Christian Garcia−Catalan** <br> *Individually on his own behalf and others similarly situated* | represented by | **Jose R. Franco−Rivera** <br> Jose R. Franco Rivera <br> B−24 Mirador de Borinquen Gardens <br> San Juan, PR 00926 <br> 787−407−7041 <br> Email: jrfrancolaw@gmail.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Johnson &Johnson Consumer Companies, Inc.** | represented by | **Dora M. Penagaricano−Suarez** <br> McConnell Valdes, LLC <br> P.O. Box 364225 <br> San Juan, PR 00936−4225 <br> 787−250−5657 <br> Fax: 787−250−5185 <br> Email: dmp@mcvpr.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Mark A. Neubauer** <br> Carlton Fields Jorden Burt, LLP <br> 2000 Avenue of the Stars <br> Suite 530 North Tower <br> California <br> 310−843−6300 <br> Fax: 310−843−6301 <br> Email: mneubauer@cfjblaw.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2015 | Ï 1 | COMPLAINT *CLASS ACTION* against JOHNSON &JOHNSON CONSUMER COMPANIES, INC. ( Filing fee $400 receipt number 0104−4503179.), filed by CHRISTIAN GARCIA−CATALAN, OTHERS SIMILARLY SITUATED. Service due by 11/23/2015, (Attachments: # 1 Category Sheet, # 2 Civil Cover Sheet, # 3 Summons)(Franco−Rivera, Jose) |

| | | |
|---|---|---|
| | | (Entered: 07/23/2015) |
| 07/24/2015 | Ï 2 | NOTICE OF JUDGE ASSIGNMENT Case has been assigned to Judge Gustavo A. Gelpi (arg) (Entered: 07/24/2015) |
| 07/24/2015 | Ï 3 | Summons Issued as to JOHNSON &JOHNSON CONSUMER COMPANIES, INC. (arg) (Entered: 07/24/2015) |
| 07/27/2015 | Ï 4 | **STANDING ORDERS:** (1) DISCOVERY DISPUTES, (2) COURTESY COPIES, (3) COMMUNICATIONS BY COUNSEL OR THEIR STAFF WITH JUDGE GELPI'S LAW CLERKS, (4) CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE, (5) DEPOSITIONS IN CIVIL CASES. Signed by Judge Gustavo A. Gelpi. (mr) (Entered: 07/27/2015) |
| 07/27/2015 | Ï 5 | AMENDED COMPLAINT against Johnson &Johnson Consumer Companies, Inc., filed by Christian Garcia−Catalan.(Franco−Rivera, Jose) (Entered: 07/27/2015) |
| 10/27/2015 | Ï 6 | Motion to allow Mark Neubauer to appear pro hac vice (Pro Hac fee $150 receipt number 0104−4645038) filed by Dora M. Penagaricano−Suarez on behalf of Johnson &Johnson Consumer Companies, Inc. Suggestions in opposition/response due by 11/13/2015 (Penagaricano−Suarez, Dora) (Entered: 10/27/2015) |
| 10/27/2015 | Ï 7 | MOTION for Extension of Time to File Answer *or otherwise respond pursuant to Fed.R.Civ.P.6(b) and Local Rule 6* filed by Dora M. Penagaricano−Suarez on behalf of Johnson &Johnson Consumer Companies, Inc. Suggestions in opposition/response due by 11/13/2015 (Penagaricano−Suarez, Dora) (Entered: 10/27/2015) |
| 10/27/2015 | Ï 8 | MOTION to transfer case *to the Central District of California* filed by Dora M. Penagaricano−Suarez on behalf of Johnson &Johnson Consumer Companies, Inc. Suggestions in opposition/response due by 11/9/2015 (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit B)(Penagaricano−Suarez, Dora) (Entered: 10/27/2015) |
| 10/27/2015 | Ï 9 | ORDER: Granting 6 Motion to Appear PHV. Signed by Judge Gustavo A. Gelpi on 10/27/2015. (SKD) (Entered: 10/27/2015) |
| 10/27/2015 | Ï 10 | ORDER: Granting as requested 7 Motion for Extension of Time to Answer. Signed by Judge Gustavo A. Gelpi on 10/27/2015. (SKD) (Entered: 10/27/2015) |
| 10/27/2015 | Ï 11 | ORDER REFERRING MOTION: 8 MOTION to transfer case *to the Central District of California* filed by Johnson &Johnson Consumer Companies, Inc. is referred to Judge Bruce J. McGiverin for disposition. Signed by Judge Gustavo A. Gelpi on 10/27/2015. (SKD) (Entered: 10/27/2015) |
| 10/27/2015 | Ï 12 | MEMORANDUM OF THE CLERK: Pursuant to the Order Referring Motion entered on 10/27/2015 (Docket No. 11), by order of Judge Gustavo A. Gelpi, the 8 Motion to Transfer Case *to the Central District of California* has been referred to U.S. Magistrate Judge Bruce J. McGiverin for disposition. Signed by Clerk on 10/27/2015.(gr) (Entered: 10/27/2015) |
| 11/10/2015 | Ï 13 | Corporate Disclosure Statement byJohnson &Johnson Consumer Companies, Inc. identifying Corporate Parent Johnson &Johnson for Johnson &Johnson Consumer Companies, Inc... (Penagaricano−Suarez, Dora) (Entered: 11/10/2015) |
| 11/18/2015 | Ï 14 | MOTION *to Deem as Unopposed JJC'S Motion to Transfer* re 8 MOTION to transfer case *to the Central District of California* filed by Johnson &Johnson Consumer Companies, Inc. filed by Dora M. Penagaricano−Suarez on behalf of Johnson &Johnson Consumer Companies, Inc. Suggestions in opposition/response due by 12/7/2015 (Related document(s) 8 ) (Penagaricano−Suarez, Dora) Modified on 11/20/2015 to lower caps locks (mr). (Entered: 11/18/2015) |

| | | |
|---|---|---|
| 11/19/2015 | 15 | RESPONSE to Motion filed by Christian Garcia–Catalan Re: 14 MOTION *TO DEEM AS UNOPPOSED JJC'S MOTION TO TRANSFER* re 8 MOTION to transfer case *to the Central District of California* filed by Johnson &Johnson Consumer Companies, Inc. filed by Johnson &Johnson Consumer Companies, Inc. filed by Christian Garcia–Catalan. (Franco–Rivera, Jose) (Entered: 11/19/2015) |
| 11/23/2015 | 16 | RESPONSE in Opposition to Motion filed by Christian Garcia–Catalan Re: 8 MOTION to transfer case *to the Central District of California* filed by Johnson &Johnson Consumer Companies, Inc. filed by Christian Garcia–Catalan. (Franco–Rivera, Jose) (Entered: 11/23/2015) |
| 11/24/2015 | 17 | ORDER granting 8 Motion to transfer case. The Clerk is directed to transfer this case to the Central District of California pursuant to 28 U.S.C. Section 1404(a). The claims in the present case are essentially identical to the claims previously filed in a class action brought against defendant Johnson &Johnson in the Central District of California. Moreover, the proposed class in the present case includes residents of all 50 United States (including California) as well as residents of United States territories. In short, there is complete, or nearly complete, overlap between the claims and the parties in the two cases, dictating a preference for transfer to the first filed district. See Coady v. Ashcraft Gerel, 223 F.3d 1, 11 (1st Cir. 2000); TPM Holdings, Inc. v. Intra–Gold Indus., 91 F.3d 1, 4 (1st Cir. 1996). The present case could have been filed against defendant in the Central District of California, and it would be unduly burdensome for defendant to defend nearly identical cases in two different districts. Although the present case is ostensibly based on Puerto Rico law, there is no reason to believe that a federal court in California could not apply that law, or that Puerto Rico law substantially differs from the rule of decision to be applied in the previously filed case. In the end, the interest of justice, judicial economy, and convenience of the parties dictates transfer to the first filed district. So ordered. Signed by US Magistrate Judge Bruce J. McGiverin on November 24, 2015. (McGiverin, Bruce) (Entered: 11/24/2015) |
| 11/25/2015 | 18 | ORDER denying 14 Motion *to Deem as Unopposed JJC'S Motion to Transfer*. Signed by US Magistrate Judge Bruce J. McGiverin on 11/25/2015. (jm) (Entered: 11/25/2015) |